UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 JAN 15 AM 11: 13
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

SUCSOVA INVESTMENTS, INC.,
a Panamanian Corporation,

    Plaintiff,

vs.    CASE NO. 6:10-CV-85-ORL-28KRS

MAGNOLIA HOLDINGS OF
CELEBRATION, LLC, a Florida
Corporation, VENANCIO TORRE, and
ANDREW LA ROSA, citizens of Florida,

    Defendants.
_____/

### PLAINTIFF'S COMPLAINT

For its Complaint against Defendants MAGNOLIA HOLDINGS OF CELEBRATION, LLC, VENANCIO TORRE, and ANDREW LA ROSA (collectively, "Defendants"), Plaintiff SUCSOVA INVESTMENTS, INC. ("Plaintiff") alleges and states as follows:

### THE PARTIES

1.    Plaintiff Sucsova Investments, Inc. is a Panamanian corporation with its principal offices in Guatemala City, Guatemala.

2.    Defendant Magnolia Holdings of Celebration, LLC (hereinafter, "Magnolia") is a Florida Limited Liability Company, with its principal offices at 801 Oak Shadows Road, Celebration, FL 34747. Magnolia may be served with process through its Registered Agent, Torre Holdings LLC, 500 South Dixie Highway, Suite 301, Coral Gables, FL 33146.

3.    Defendants Andrew La Rosa and Venancio Torre (the "Individual Defendants) are residents and citizens of the State of Florida and may be served with process at 500 South

Dixie Highway, Suite 301, Coral Gables, FL 33146.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 as the Plaintiff is a Panamanian corporation and the Defendants are citizens of the State of Florida.

5. Personal jurisdiction and venue in this District is based upon a forum selection clause in the subject Promissory Note (further identified below), which designates venue being Osceola County, Florida. Venue is also proper in this Court pursuant to 28 U.S.C. §1391.

## FIRST CAUSE OF ACTION - SUIT ON PROMISSORY NOTE

6. On May 24, 2007, Magnolia executed and delivered a promissory note (the "Note"), a true and correct copy of the Note is attached hereto as Exhibit "A," to Plaintiff in Osceola County, Florida.

7. Plaintiff owns and holds the Note.

8. Defendant Magnolia failed to pay the Note when due on May 24, 2008.

9. Defendant Magnolia owes Plaintiff $350,000.00 which is interest due through May 24, 2008 plus interest from that date thereafter.

## SECOND CAUSE OF ACTION – GUARANTY

10. Plaintiff incorporates by reference the allegations contained in paragraph 1 through 9 above as if set forth fully herein.

11. The Individual Defendants are guarantors of the Note and in such capacity are liable for payment of such Note.

WHREFORE, Plaintiff prays for judgment against Defendants as follows:

## FIRST CAUSE OF ACTION
(Suit on Promissory Note)

(a) For $350,000.00 in damages against Magnolia; plus interest and costs; and

(b)   For such other and further relief as the Court may deem just and proper

## SECOND CAUSE OF ACTION
(Guaranty)

(a)   For $350,000 in damages against Defendants Torre and La Rosa, plus interests and costs; and

(b)   For such other and further relief as the Court may deem just and proper.

Dated: January 14, 2010.

                      Respectfully submitted,

                      STOKES LAW OFFICE LLP

                      By _____
                      Craig A. Stokes – FBN 0122572
                      cstokes@stokeslawoffice.com
                      Carolann A. Swanson – FBN 888737
                      cswanson@stokeslawoffice.com
                      Jessie Lopez – FBN 720771
                      jlopez@stokeslawoffice.com
                      9155 South Dadeland Blvd.
                      Dadeland Centre, Suite 1208
                      Miami, FL 33156
                      Telephone (305) 447-6655
                      Facsimile (305) 447-8855

## PROMISSORY NOTE

Minimum 12 / Maximum 18 month Term
Guaranteed Interest 10% - Bonus Due in maximum of 36 months

$ 350,000                 Celebration, Florida
                                                                               MAY 24, 2007

FOR VALUE RECEIVED, the undersigned MAGNOLIA HOLDINGS OF CELEBRATION, LLC, A FLORIDA LIMITED LIABILITY COMPANY, (hereinafter called "MAKER" or "BORROWER") promises to pay to the order of ___ SUCSOVA INVESTMENTS CO._____ (hereinafter sometimes referred to as "LENDER"), the principal sum of THREE HUNDRED AND FIFTY THOUSAND and 00/100 Dollars ($350,000___).

Interest only payments upon the entire principal balance unless or until periodically reduced shall be due and payable on the Maturity Date but no later than the Outside Maturity Date, as defined below.

The principal balance outstanding from time to time under the Note shall bear interest through the date of repayment at a fixed interest rate per annum equal to ten percent (10%). Interest for the first 12 months is guaranteed even if the principal balance of the Loan is prepaid ( "Guaranteed Interest") Interest shall be calculated on the basis of a three hundred and sixty five (365) day year.

Provided none of the terms, covenants and conditions of this Note shall be in default, this Note may be prepaid in whole or in part at any time, without penalty, provided that any such prepayment shall be applied, first, to Guaranteed Interest then to interest accruing between months 12 and 18 of the term ( "Accrued Interest"), with the balance, if any, to be applied to the then remaining principal balance( but excluding Bonus Interest which is not due for 36 months or as otherwise provided below ).

This Note nonetheless shall mature and the entire outstanding principal balance then due and Guaranteed Interest shall become due and payable twelve (12) months from the date hereof (the "Maturity Date"), unless Borrower has given Lender notice of intent to extend the Loan term for an additional six (6) month period on which date the Guaranteed Interest plus any Accrued Interest for the extension term shall be due and payable ( the "Outside Maturity Date").

This loan is being made in connection with Borrower's development of a property located at Parcel 4C-A located at 17XX Celebration Blvd., Celebration , Florida (the "Project "). Borrower agrees to pay to Lender as additional bonus a flat 10% of the principal loan amount of this promissory note ("Bonus Interest") which Bonus Interest shall be due upon the earliest to occur (i) within 30 days of the sale and closing of the Project; (ii) Borrower's election to prepay the Bonus Interest ; or (iii) the third anniversary of the funding of this Promissory Note . THE LENDER HEREBY ACKNOWLEDGES BY VIRTUE OF THIS LOAN HE IS NOT ENTITLED TO OR IN ANYWAY RECEIVING AN EQUITY INTEREST IN THE BORROWER AND/OR THE PROJECT. HE FURTHER ACKNOWLEDGES THAT NOTHING HEREIN SHALL CONFER A RIGHT TO AN EQUITY PARTICIPATION IN THE BORROWER AND/OR THE PROJECT INCLUDING BUT NOT LIMITED TO THE CLAIM TO ANY PROFITS , DISTRIBUTIONS , VOTING RIGHTS OR OTHER SIMILAR RIGHTS ASSOCIATED WITH OWNERSHIP IN AN LLC AND SPECIFICALLY WAIVES ANY SUCH RIGHTS OTHER THAN THE RIGHTS CONFERED HEREIN AND IN THIS PROMISSORY NOTE.

Lender understands that this Promissory Note shall not be secured by the real estate of the Project and Lender may not file or record a lien in any public records so as to encumber the Project.

BORROWER'S INITIALS _____ _____

**EXHIBIT A**

Both principal and interest due hereunder shall be payable in lawful money of the United States at the address of the LENDER: _____ or at such other place as the holder hereof shall designate.

This Note, shall be construed and enforced according to the laws of the State of Florida.

Upon the occurrence of any one or more of the following events, each of which shall constitute a default hereunder, all liabilities of MAKER to LENDER shall thereupon or thereafter, at the option of LENDER, without notice or demand, become due and payable: (a) the failure to make interest payments to Lender within thirty (30) days of after its scheduled due date (b) the filing of any petition under the Bankruptcy Act, or any similar federal or state statute, by or against MAKER; (c) an application for the appointment of a receiver for, the making of a general assignment for the benefit of creditors by, or the insolvency of MAKER; (f) dissolution, merger, consolidation or reorganization of MAKER.

No delay or omission on the part of LENDER in exercising any right hereunder shall operate as a waiver of such right or of any other right under this Note. Presentment, demand, protest, notice of dishonor, and extension of time without notice are hereby waived by MAKER. MAKER expressly waives any right(s) it may have to a jury trial in the event of default and agrees to jurisdiction and venue in OSCEOLA County, Florida.

This Note has been executed the day and year first above written.

BORROWER:

MAGNOLIA HOLDINGS OF CELEBRATION, LLC
a Florida limited liability company

By: _____
Andrew La Rosa, as Managing Member

THE UNDERSIGNED HEREBY PERSONALLY GUARANTEE THE RE-PAYMENT OF PRINCIPAL AND GUARANTEED INTEREST AS DEFINED HERE AND ABOVE.

By: _____
Venancio Torre, personally

By: _____
Andrew La Rosa, personally

BORROWER'S INITIALS